UNITED STATES DISCTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. : 19-608 (PGS) |
| v. | : | CONSENT ORDER FOR MODIFICATION OF |
| KEYANDA PHELPS | : | CONDITIONS OF RELEASE |

Whereas Pretrial Services has consented to a change of conditions of release;

**THIS MATTER** having come before the Court on application of Troy A. Archie, Esquire, attorney for defendant, Keyanda Phelps, for modification of conditions of release. By way of Consent by the Government, being represented by J. Brendan Day, AUSA and Alexander Ramey, AUSA and U.S. Pre Trial services being represented by Pre Trial Services Officer Robert Hyde;

**IT IS** on this 5 day of September, 2019,

**ORDERED** that:

1. Defendant's Home Detention is reduced to a curfew to be determined by U.S Pretrial Services and enforced with location monitoring.

2. All the remaining conditions from her October 31, 2018 Order setting conditions of release to remain in effect.

**IT IS SO ORDERED.**

_____
HON. PETER G. SHERIDAN
United States District Judge